

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**INNA SHAPOVALOVA**
*Senior Counsel*
Tel.: (212) 356-2656
Fax: (212) 356-3509
inshapov@law.nyc.gov

March 19, 2026

**BY ECF**
Honorable James R. Cho
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    Charles Saldarriaga v. City of New York, et al.,
>           25-CV-03669 (RPK) (JRC)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendant City of New York ("City") in the above-referenced matter.[1] The undersigned respectfully writes in accordance with the Court's March 5, 2026 Order.

By way of background, plaintiff Charles Saldarriaga, who is proceeding *pro se*, brings this action pursuant to 42 U.S.C. § 1983 and New York State law, alleging various constitutional and state law violations arising from his arrest on or about September 8, 2024. See ECF Nos. 1, 7. Plaintiff names the City of New York, New York City Police Department ("NYPD") Sergeant Umar B. Mirza, NYPD Officer Francisco Espinal, and NYPD Officers John Doe 1–5 as defendants in this action. See id. On March 4, 2026, the undersigned identified Police Officer Oscar Hernandezvasquez, Police Officer Jason Rieger, and former Police Officer Matthew Dziubela, provided service addresses for those individuals who are current members of the NYPD, and noted that this Office was in the process of ascertaining a service address for former Police Officer Matthew Dziubela. See ECF No. 15. On March 5, 2026, the Court ordered this Office to file a

---

[1] This case has been assigned to Assistant Corporation Counsel Joseph Capio, who is awaiting admission to the New York State Bar. Mr. Capio is handling this matter under my supervision and may be reached at (212) 356-2318 or jcapio@law.nyc.gov.

letter providing a service address for former Police Officer Matthew Dziubela by March 19, 2026. See March 5, 2026 Text Order.

Upon information and belief, former Police Officer Matthew Dziubela has designated the NYPD to accept service on his behalf and may be served at the following address:

- Former Police Officer Matthew Dziubela
  New York City Police Department
  1 Police Plaza, Room 110A
  New York, NY 10038

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Inna Shapovalova*

Inna Shapovalova
*Senior Counsel*
Special Federal Litigation Division

CC:  **VIA FIRST CLASS MAIL**
Charles Saldarriaga
*Plaintiff pro se*
1-20 Astoria Blvd.
Apt. 4H
Astoria, New York 11102