AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| **Charles Saldarriaga** ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  1:25-cv-03669-RPK-JRC |
| The City of New York, Sergeant Umar B. Mirza, Police ) | |
| Officer Francisco Espinal ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To:  **SEE ATTACHED RIDER
Police Officer Oscar Hernandezvasquez
Badge No. 25772, New York City Police Department
108th Precinct
5-47 50th Ave.
Queens, New York 11101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: PRO SE Charles Saldarriaga
1-20 Astoria Blvd.
Apt. 4H
Astoria, NY 11102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Brenna B. Mahoney*
*CLERK OF COURT*

Date:  3/26/2026 _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:25-cv-03669-RPK-JRC

## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| Charles Saldarriaga | ) ) ) ) ) ) ) | **RIDER TO**<br>**SUMMONS IN A CIVIL ACTION** |
| *Plaintiff(s)* | ) ) ) |  |
| v. | ) ) ) | Civil Action No.   1:25-cv-03669-RPK-JRC |
| The City of New York, Sergeant Umar B. Mirza,<br>Police Officer Francisco Espinal | ) ) ) |  |
| *Defendant(s)* | ) ) ) |  |

Police Officer Jason Rieger, Badge No. 12886
New York City Police Department
114th Precinct
34-16 Astoria Blvd S
Queens, NY 11103

Former Police Officer Matthew Dziubela
New York City Police Department
1 Police Plaza, Room 110A
New York, NY 10038

1

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset