## <u>DECLARATION OF SERVICE BY MAIL</u>

I, JOSEPH CAPIO, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on June 18, 2026, I served a copy of:

- Court's June 16, 2026 Order,

upon Charles Saldarriaga, plaintiff *pro se* in the matter, <u>Charles Saldarriaga v. City of New York, et al.</u>, No. 25-CV-03669 (RPK) (JRC), by depositing a copy of same, enclosed in a first-class, postpaid, properly addressed envelope in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to the plaintiff in the address listed below, that being the address designated by plaintiff for that purpose:

> Charles Saldarriaga
> *Plaintiff pro se*
> 1-20 Astoria Blvd.
> Apt. 4H
> Astoria, New York 11102

Dated:          June 18, 2026
                New York, New York

/s/ *Joseph Capio*
_____
Joseph Capio
*Assistant Corporation Counsel (not yet admitted)*
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, New York 10007
Tel: (212) 356-2318
jcapio@law.nyc.gov