*** Filed ***
04:20 PM, 02 Jul, 2026
U.S.D.C., Eastern District of New York

Charles Saldarriaga
*Plaintiff Pro Se*
1-20 Astoria Blvd Apt 4H
Astoria, NY 11102
Tel: (929) 789-2220
Email: *charlesny09@yahoo.com*

July 2, 2026

*Via ECF*
Hon. James R. Cho
United States Magistrate Judge
United States District Court
Eastern District of New York

   Re: Charles Saldarriaga v. City of New York, et al.,
     Case No. 25-CV-03669 (RPK) (JRC)
     Request for Remote Participation

Your Honor:

I am the Plaintiff, Charles Saldarriaga, *pro se* and proceeding *in forma pauperis*. I submit this letter to respectfully request permission to appear telephonically at the Initial Conference currently scheduled for **Thursday, July 9, 2026**.

At the time of the conference, I will be out of state due to previously scheduled travel commitments that were arranged before the conference was scheduled. However, I remain fully available and prepared to participate in the conference by telephone and will ensure that I am available for the entire duration of the proceeding.

Plaintiff has conferred with counsel for Defendants, who consents to this request. This request is made solely to accommodate this scheduling conflict. Should the Court prefer an in-person appearance, Plaintiff respectfully requests that the conference be adjourned to a date when Plaintiff can appear in person.

I thank the Court for its time and consideration of this request.

cc: Counsel (via First Class Mail)

**Charles Saldarriaga**
*Plaintiff, Pro Se*