Charles Saldarriaga
Plaintiff Pro Se
1-30 Astoria Blvd Apt 4H
Astoria NY 11102
Tel: (929) 789-2220
charlesny09@yahoo.com

August 14, 2026

**Via ECF**

Honorable James R. Cho
United States Magistrate Judge
United States District Court
Eastern District of New York

      Re:    <u>Charles Saldarriaga v. City of New York, et al.</u>
            Case No. 25-CV-03669 (RPK) (JRC)

Your Honor:

Plaintiff Charles Saldarriaga, pro se and proceeding *in forma pauperis*, respectfully moves pursuant to Fed. R. Civ. P. 15(a)(2) and the Court's Scheduling Order for leave to file the attached proposed First Amended Complaint ("FAC").

The principal changes in the proposed FAC are: (1) substitution of the previously unidentified John Doe officers with their identified names; (2) addition of Sgt. Det. William J. Planeta as a Defendant; and (3) removal of Plaintiff's negligence/negligent hiring, supervision, and retention claim.

Plaintiff sought Defendants' position regarding the proposed FAC, and Defendants advised in writing that they have no objection. A copy of defense counsel's written response is attached as Exhibit A. The proposed FAC is attached as Exhibit B.

This is Plaintiff's first request to amend the pleadings, and the request is being made before the September 21, 2026 deadline established by the Court for amendment of pleadings and joinder of additional parties. Accordingly, Plaintiff respectfully requests that the Court grant leave to file the proposed First Amended Complaint.

Plaintiff thanks the Court for its time and consideration.

            Respectfully submitted,

cc:    Counsel (via First Class Mail)

            Charles Saldarriaga
            Plaintiff Pro se