# <u>EXHIBIT A</u>

(August 13, 2026, Email from Defendants' Counsel)

Charles Saldarriaga v. City of New York, et al.,

25 Civ. 03669 (RPK)(JRC)

RE: [EXTERNAL] Charles Saldarriaga v. City of New York, et al., 25-CV-03669 (RPK) (JRC)

From:   Capio, Joseph (jcapio@law.nyc.gov)

To:     charlesny09@yahoo.com

Date:   Thursday, August 13, 2026 at 03:13 PM EDT

Good afternoon, Mr. Saldarriaga,

Defendants have no objections to your proposed Amended Complaint that was attached to your email dated August 6, 2026.

Best,
Joe

**Joseph Capio**
Assistant Corporation Counsel (not yet admitted)
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, NY 10007
Tel: (212) 356-2318
Mobile: (646) 623-0451

**From:** Charles <charlesny09@yahoo.com>
**Sent:** Friday, August 7, 2026 7:46 PM
**To:** Capio, Joseph <jcapio@law.nyc.gov>
**Subject:** Re: [EXTERNAL] Charles Saldarriaga v. City of New York, et al., 25-CV-03669 (RPK) (JRC)

Hello Mr. Capio,

Early next week is fine.

Thanks,
Best,
Charles

On Friday, August 7, 2026 at 07:32:35 PM EDT, Capio, Joseph <jcapio@law.nyc.gov> wrote:

Good evening, Mr. Saldarriaga,

I hope all is well.

Thanks for sending over the proposed amended complaint, along with a redline. I need some time to review the proposed amendment in its entirety and speak with my supervisor about it. May I get back to you on this early next week?

Thank you,
Joe

**Joseph Capio**
Assistant Corporation Counsel (not yet admitted)
Special Federal Litigation Division
New York City Law Department
100 Church Street

New York, NY 10007

Tel: (212) 356-2318

Mobile: (646) 623-0451

---

**From:** Charles <charlesny09@yahoo.com>
**Sent:** Thursday, August 6, 2026 3:11 PM
**To:** Capio, Joseph <jcapio@law.nyc.gov>
**Subject:** Re: [EXTERNAL] Charles Saldarriaga v. City of New York, et al., 25-CV-03669 (RPK) (JRC)

Hello Mr. Capio,

I hope all is well,

Attached please find both a clean copy and a redline copy of Plaintiff's proposed First Amended Complaint.

The principal changes are as follows:

- Substitutes the previously unidentified John Doe officers with their identified names;
- Adds Sgt. Det. William J. Planeta as a Defendant; and
- Removes the negligence/negligent hiring, supervision, and retention claim.

Please let me know whether Defendants will consent to Plaintiff filing the proposed First Amended Complaint.

Thank you,

Best,
Charles

On Wednesday, July 29, 2026 at 11:12:54 AM EDT, Capio, Joseph <jcapio@law.nyc.gov> wrote:

Good morning, Mr. Saldarriaga,

I hope all is well.

Thank you for reaching out. Before Defendants can provide their position regarding the First Amended Complaint, we would first need to review the proposed filing. Once we've had a chance to review, we can provide our position on the request.

Best,
Joe

**Joseph Capio**

Assistant Corporation Counsel (not yet admitted)

Special Federal Litigation Division

New York City Law Department

100 Church Street

New York, NY 10007

Tel: (212) 356-2318

Mobile: (646) 623-0451

---

**From:** Charles <charlesny09@yahoo.com>
**Sent:** Tuesday, July 28, 2026 8:35 PM
**To:** Capio, Joseph <jcapio@law.nyc.gov>
**Subject:** [EXTERNAL] Charles Saldarriaga v. City of New York, et al., 25-CV-03669 (RPK) (JRC)

**CAUTION! EXTERNAL SENDER.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. If **suspicious**, report this email by hitting the **Phish Alert Button**. If the button is unavailable or you are on a mobile device, forward as an attachment to phish@oti.nyc.gov.

Good evening, Mr. Capio,

I hope you are doing well.

I am writing to request Defendants consent to my filing a First Amended Complaint to add Sgt. Det. William J. Planeta as a defendant based on information recently obtained during my investigation.

If Defendants are willing to consent, I will circulate the proposed First Amended Complaint for your review before filing.

Please let me know whether Defendants will consent to the amendment.

Best,
Charles

 Proposed Amended Complaint.pdf
302.6

 Redline.pdf
470.1